even bother to file a brief. The alleged error is submitted under Rule 29.12(b).

The record fails to reveal any written waiver of counsel as mandated by § 600.-051. Reversal of the judgment is ruled squarely by our decision in *State v. Hamilton,* 647 S.W.2d 594 (Mo.App.1983). See also *Peterson v. State,* 572 S.W.2d 475, 477 (Mo. banc 1978); *State v. Christian,* 604 S.W.2d 758, 760 (Mo.App.1980); and *Powell v. State,* 581 S.W.2d 37 (Mo.App.1979). That this question is reviewable under our plain error rule 29.12(b), see *Hamilton, supra.*

Judgment reversed and cause remanded.

All concur.

---

ORDER

PER CURIAM:

Appeal from a jury conviction for attempted burglary, second degree, a Class D felony, in violation of § 569.170 and § 564.-011, RSMo 1978. The judgment is affirmed.

A written opinion would serve no jurisprudential purpose.

All concur.

Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Kenneth P. HANSEN, Appellant.**

**No. WD 33880.**

Missouri Court of Appeals, Western District.

March 22, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

---

**STATE of Missouri, Plaintiff-Respondent,**

v.

**Lonnie Allen NEAL, Defendant-Appellant.**

**No. 13057.**

Missouri Court of Appeals, Southern District, Division Three.

March 24, 1983.

